**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    ANNETTE TABB<br><br>Debtor(s) | Case No. 14-31355 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>08/27/2014</u>.

2) The plan was confirmed on <u>11/24/2014</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5) The case was dismissed on <u>08/17/2015</u>.

6) Number of months from filing to last payment: <u>10</u>.

7) Number of months case was pending: <u>16</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>NA</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,979.83 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,979.83

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,556.38 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $183.10 |
| Other | $382.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,121.48

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY SERVICE | Unsecured | 2,386.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MA | Unsecured | 1,667.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| ASPEN MASTERCARD | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| BedFord Park Police Dept | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSIONS BOOK CLUB | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | NA | 113.67 | 113.67 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | NA | 138.76 | 138.76 | 0.00 | 0.00 |
| CHASE CC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO DEPT OF REVENUE | Unsecured | 2,906.80 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 6,549.86 | 6,549.86 | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CLARENCE WELLINGTON | Unsecured | 4,430.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 946.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 951.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 5,453.00 | 5,989.27 | 5,989.27 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 7,612.00 | 5,480.64 | 5,480.64 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 986.00 | 0.00 | 1,507.18 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 3,025.00 | NA | NA | 0.00 | 0.00 |
| DAVID & MARY WATSON | Unsecured | 6,000.00 | 6,000.00 | 6,000.00 | 0.00 | 0.00 |
| DIRECT BRANDS | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BAN | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | NA | 1,106.78 | 1,106.78 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FOCUS RECEIVABLES MGMT | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| FRANK MAGALLON | Unsecured | 4,860.00 | NA | NA | 0.00 | 0.00 |
| Ginnys | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| GRANDPOINTE | Unsecured | 158.00 | 158.19 | 158.19 | 0.00 | 0.00 |
| ICE MOUNTAIN SPRING WATER | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | NA | 3,755.09 | 0.00 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 1,746.00 | NA | 3,755.09 | 0.00 | 0.00 |
| IQ TELECOM | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOC | Unsecured | 354.30 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPTIAL | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| Natl Cty Crd | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NICL LABORATORIES | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 500.00 | 255.75 | 255.75 | 0.00 | 0.00 |
| PAULA JORDAN | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,736.00 | 2,808.60 | 2,808.60 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT AND COKE | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 274.00 | 114.10 | 114.10 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Secured | 11,125.00 | 18,022.45 | 17,722.00 | 324.99 | 533.36 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | 6,597.00 | NA | 300.45 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| RENT A CENTER | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 55.00 | 55.14 | 55.14 | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,806.00 | 2,088.00 | 2,088.00 | 0.00 | 0.00 |
| SPRINT | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,507.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,722.00 | $324.99 | $533.36 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,722.00** | **$324.99** | **$533.36** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,421.48** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,121.48 |
| Disbursements to Creditors | $858.35 |
| **TOTAL DISBURSEMENTS** : | **$3,979.83** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/17/2015        By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**